IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1- 25,<br><br>Defendants. | Civil Action No. 2:17-cv-00179-EJF<br><br>Judge Evelyn J. Furse<br><br>**ORDER** |

Upon *exparte* motion of Plaintiff, upon consideration of the points and authorities and for good cause shown:

**IT IS ORDERED:**

Plaintiff's ex parte motion for leave to seek expedited discovery (ECF No. 5) is granted. Plaintiff may immediately pursue discovery of the identified Internet Service Providers and other Internet Service Providers working with the identified Internet Service Providers, to obtain identifying and contact information for the Doe Defendants identified by the IP addresses listed in Ex B to the motion ECF No. 5. This order does not preclude subpoena recipients from challenging the merits of a subpoena.

DATED this 17th day of March, 2017.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge